MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILDA KALANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:13-cv-04591-JST<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by 30 days from April 2, 2014, until May 2, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload and pre-approved leave, despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  March 25, 2014        /s/ Tom F. Weathered*
                              (*as authorized via email on 3/24/14)
                              TOM F. WEATHERED
                              Attorney for Plaintiff


Dated: March 25, 2014         MELINDA L. HAAG
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                         By:  /s/  Lynn M. Harada
                              LYNN M. HARADA
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: March 25, 2014

IT IS SO ORDERED
Judge Jon S. Tigar